ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 APR 18 PM 4:43

CLERK C Adams
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV316-020 |
| Plaintiff, | ) | |
| v. | ) | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7449, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Government's motion to stay this civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i). Having reviewed and considered the Government's motion and memorandum in support thereof, the Court finds that good cause supports the stay requested by the Government.

It is hereby **ORDERED** that the Government's motion is **GRANTED** and that this case is **STAYED** until the conclusion of the related criminal case. It is **FURTHER ORDERED** that the Government shall notify the Court in writing of the disposition of the criminal case no later than **thirty (30) days** following said disposition.

SO ORDERED this 18th day of April, 2016.

HON. DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA