FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 SEP 24 PM 3:08
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7422; | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX8340; | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7449; | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX6909; | * | CV 316-020 |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX4334; | * | |
| | * | |
| FUNDS SEIZED FROM BANK OF EASTMAN ACCOUNT ENDING IN XX7548; | * | |
| | * | |
| FUNDS SEIZED FROM STATE BANK AND TRUST COMPANY ACCOUNT ENDING IN XXXX7036; | * | |
| | * | |
| FUNDS SEIZED FROM UNITED FIRST FEDERAL CREDIT UNION ACCOUNT ENDING IN XX7265; | * | |
| | * | |
| FUNDS SEIZED FROM T. ROWE PRICE ACCOUNT ENDING IN XXXX3286; | * | |

| | |
|---|---|
| FUNDS SEIZED FROM T. ROWE PRICE ACCOUNT ENDING IN XXXX5215; | * * * * |
| FUNDS SEIZED FROM ATHENS FIRST BANK AND TRUST ACCOUNT ENDING IN XXXX4344; | * * * * |
| FUNDS SEIZED FROM EMORY CAPITAL MANAGEMENT ACCOUNT ENDING IN XX2400; | * * * * |
| FUNDS SEIZED FROM EMORY CAPITAL MANAGEMENT ACCOUNT ENDING IN XX2401; | * * * * |
| REAL PROPERTY LOCATED AT 821 PLAZA AVENUE, EASTMAN, GEORGIA; | * * * |
| REAL PROPERTY LOCATED AT 3037 HIGHWAY 257, DUBLIN, GEORGIA; | * * * |
| REAL PROPERTY LOCATED AT 2772 CLAXTON DAIRY ROAD, DUBLIN, GEORGIA; | * * * * |
| REAL PROPERTY CONSISTING OF 62.3 ACRES IN DODGE COUNTY, GEORGIA; | * * * * |
| REAL PROPERTY CONSISTING OF 56.47 ACRES IN DODGE COUNTY, GEORGIA; | * * * * |
| FUNDS CONTAINED IN VANGUARD CHARITABLE ENDOWMENT PROGRAM ACCOUNT ENDING IN XX2970, | * * * * |
| Defendants. | * |

# O R D E R

On April 7, 2016, the United States Attorney filed this *in rem* civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i).¹ (Doc. No. 1.) Upon the Government's motion, the Court then stayed the case pending resolution of a related criminal proceeding. (See Order of Apr. 18, 2016, Doc. No. 7.) The related criminal proceeding involved George Mack Bird, who was indicted in this Court on March 8, 2017. (See United States v. Bird, CR 317-001 (S.D. Ga. Mar. 8, 2017).) The Government sought forfeiture of all the captioned properties in the Bird criminal proceeding - CR 317-001. (See id., Doc. No. 1.)

On March 8, 2018, the Government filed an Information against George Mack Bird, including all but two of the captioned properties in its forfeiture allegation.² (See United States v. Bird, CR 318-005 (S.D. Ga. Mar. 8, 2018), Doc. No. 1.) George Mack Bird pled guilty to that Information on March 21, 2018. On this same date, pursuant to his plea agreement, George Mack Bird unequivocally agreed to forfeit to the United States all of his right, title and interest to the property listed in the Information. (See id., Doc. No. 8, Plea Agreement.) This Court entered a Consent Order

---

¹ The Government filed an Amended Complaint on April 18, 2016. (Doc. No. 8.)

² The two properties that were not listed in the Information in CR 318-005 are "Funds Seized from T. Rowe Price Account Ending in XXXX5215" and "Funds Contained in Vanguard Charitable Endowment Program Account Ending in XX2970."

3

of Forfeiture to that effect on March 21, 2018. (See id., Doc. No. 9, Consent Order of Forfeiture.)

Two days prior to the guilty plea hearing for George Mack Bird, a third-party claimant, Ms. Lisa Bird, filed a Notice of Claim in the instant civil forfeiture proceeding. (Doc. No. 30.) She also filed an Answer to the Government's Amended Complaint on April 18, 2018. (Doc. No. 31.) Finally, Ms. Lisa Bird filed a "Motion to Set Aside Judgment and Reopen Ancillary Proceedings" on September 18, 2018, in the Bird criminal case, CR 318-005, Doc. No. 29.

George Mack Bird was sentenced by this Court on September 18, 2018. A Judgment and Commitment Order was entered on September 21, 2018, which incorporates the Consent Order of Forfeiture entered on March 21, 2018. (See CR 318-005, Doc. No. 34, at 7 (citing Fed. R. Crim. P. 32.2(b)(4)(B)).) Thus, the forfeiture of the property listed in the Consent Order of Forfeiture is final with respect to the property interests of the criminal defendant, George Mack Bird. Property interests affected by the Consent Order of Forfeiture, however, remain inchoate and unresolved with respect to any third-party claimant, particularly Claimant Lisa Bird, until such time as this civil proceeding, CV 316-020, is concluded.

Because the related criminal matter has now been concluded, the Court hereby **VACATES** the **STAY** of this *in rem* civil forfeiture

proceeding. In accordance with its "Amended Notice of Forfeiture and Notice of Stay," the Government is directed to notify all relevant parties that the stay has been lifted and to re-open the period of time in which a verified claim must be filed. (See Doc. No. 11, ¶ 4.) Notwithstanding the stay, Claimant Lisa Bird has already filed a verified claim and answer in the case, and recognizing her pro se status, the Court will not require her to re-file a claim.

Thereafter, the Court will conduct an evidentiary hearing to determine the property interests, if any, of third parties in the captioned properties. All proceedings, claims, and pleadings relating to any or all of the captioned properties shall be made through this civil action, CV 316-020, so that all parties in interest may be availed of due process of law in a proper forum. The resolution of any third-party claim shall be announced in the Final Order and Judgment in this case. Finally, **IT IS ORDERED** that no disposition of any of the captioned properties shall be made except upon further Order of the Court.

**ORDER ENTERED** at Augusta, Georgia this 24 day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE