**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7422; | * |
| | * |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX8340; | * |
| | * |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7449; | * |
| | * |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX6909; | *   CV 316-020 |
| | * |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX4334; | * |
| | * |
| FUNDS SEIZED FROM BANK OF EASTMAN ACCOUNT ENDING IN XX7548; | * |
| | * |
| FUNDS SEIZED FROM STATE BANK AND TRUST COMPANY ACCOUNT ENDING IN XXXX7036; | * |
| | * |
| FUNDS SEIZED FROM UNITED FIRST FEDERAL CREDIT UNION ACCOUNT ENDING IN XX7265; | * |
| | * |
| FUNDS SEIZED FROM T. ROWE PRICE ACCOUNT ENDING IN XXXX3286; | * |
| | * |
| FUNDS SEIZED FROM T. ROWE PRICE ACCOUNT ENDING IN XXXX5215; | * |

```
FUNDS SEIZED FROM ATHENS              *
FIRST BANK AND TRUST ACCOUNT          *
ENDING IN XXXX4344;                   *
                                      *
FUNDS SEIZED FROM EMORY               *
CAPITAL MANAGEMENT ACCOUNT            *
ENDING IN XX2400;                     *
                                      *
FUNDS SEIZED FROM EMORY               *
CAPITAL MANAGEMENT ACCOUNT            *
ENDING IN XX2401;                     *
                                      *
REAL PROPERTY LOCATED AT 821          *
PLAZA AVENUE, EASTMAN, GEORGIA;       *
                                      *
REAL PROPERTY LOCATED AT 3037         *
HIGHWAY 257, DUBLIN, GEORGIA;         *
                                      *
REAL PROPERTY LOCATED AT 2772         *
CLAXTON DAIRY ROAD, DUBLIN,           *
GEORGIA;                              *
                                      *
REAL PROPERTY CONSISTING OF           *
62.3 ACRES IN DODGE COUNTY,           *
GEORGIA;                              *
                                      *
REAL PROPERTY CONSISTING OF           *
56.47 ACRES IN DODGE COUNTY,          *
GEORGIA;                              *
                                      *
FUNDS CONTAINED IN VANGUARD           *
CHARITABLE ENDOWMENT PROGRAM          *
ACCOUNT ENDING IN XX2970,             *
                                      *
        Defendants.                   *
```

**O R D E R**

On September 24, 2018, this Court vacated the stay that had been entered in this *in rem* civil forfeiture proceeding and directed the United States Government to notify "all relevant parties . . . and to re-open the period of time in which a verified

claim must be filed." (Order of Sept. 24, 2018, Doc. No. 33, at 4-5.) The Court expressly noted that Claimant Lisa Bird need not re-file a verified claim in the case. (Id. at 5.)

In accordance with the September 24th Order, the Government filed a "Notice of Lifted Stay and Notice of Forfeiture" on September 28, 2018. The deadline for third-party claims to be submitted was December 2, 2018. No additional claims were filed in response to this Notice.

On December 12, 2018, the Government filed a Second Notice of Forfeiture. The deadline for third-party claims to be submitted was January 16, 2019. No additional claims have been filed.

The Court has determined that an evidentiary hearing with respect to Claimant Lisa Bird's claim is now appropriate. Accordingly, the hearing will be conducted on March 26, 2019, at 10:30 a.m., at the J. Roy Rowland United States Courthouse, at Dublin, Georgia. At that time, Claimant Lisa Bird will be heard on her claim against the subject property in this case. The Clerk of Court is directed to send a copy of this Order to Ms. Lisa Bird.

**ORDER ENTERED** at Augusta, Georgia this 21st day of February, 2019.

*[signature]*
UNITED STATES DISTRICT JUDGE