FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAR 20 AM 11:09
CLERK JBurton
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7422; | * |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX8340; | * |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7449; | * |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX6909; | CV 316-020 |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX4334; | * |
| FUNDS SEIZED FROM BANK OF EASTMAN ACCOUNT ENDING IN XX7548; | * |
| FUNDS SEIZED FROM STATE BANK AND TRUST COMPANY ACCOUNT ENDING IN XXXX7036; | * |
| FUNDS SEIZED FROM UNITED FIRST FEDERAL CREDIT UNION ACCOUNT ENDING IN XX7265; | * |
| FUNDS SEIZED FROM T. ROWE PRICE ACCOUNT ENDING IN XXXX3286; | * |
| FUNDS SEIZED FROM T. ROWE PRICE ACCOUNT ENDING IN XXXX5215; | * |

| | |
|---|---|
| FUNDS SEIZED FROM ATHENS FIRST BANK AND TRUST ACCOUNT ENDING IN XXXX4344; | * <br> * <br> * <br> * |
| FUNDS SEIZED FROM EMORY CAPITAL MANAGEMENT ACCOUNT ENDING IN XX2400; | * <br> * <br> * <br> * |
| FUNDS SEIZED FROM EMORY CAPITAL MANAGEMENT ACCOUNT ENDING IN XX2401; | * <br> * <br> * <br> * |
| REAL PROPERTY LOCATED AT 821 PLAZA AVENUE, EASTMAN, GEORGIA; | * <br> * <br> * |
| REAL PROPERTY LOCATED AT 3037 HIGHWAY 257, DUBLIN, GEORGIA; | * <br> * <br> * |
| REAL PROPERTY LOCATED AT 2772 CLAXTON DAIRY ROAD, DUBLIN, GEORGIA; | * <br> * <br> * <br> * |
| REAL PROPERTY CONSISTING OF 62.3 ACRES IN DODGE COUNTY, GEORGIA; | * <br> * <br> * <br> * |
| REAL PROPERTY CONSISTING OF 56.47 ACRES IN DODGE COUNTY, GEORGIA; | * <br> * <br> * <br> * |
| FUNDS CONTAINED IN VANGUARD CHARITABLE ENDOWMENT PROGRAM ACCOUNT ENDING IN XX2970, | * <br> * <br> * <br> * |
| Defendants. | * |

# O R D E R

Before the Court in the captioned matter is a "Consent Motion to Continue Evidentiary Hearing and Approve Discovery Schedule." The motion (doc. no. 44) is **GRANTED IN PART**. The hearing scheduled for March 26, 2019, is hereby continued. The Court imposes the

following Scheduling Order to allow the parties[1] an opportunity to engage in necessary discovery:

    **Close of Discovery**                   June 18, 2019

    **Last Day to File Motions**       July 18, 2019

**ORDER ENTERED** at Augusta, Georgia this 20th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Any reference to "parties" includes the Government and the only Claimant in the case, Lisa Bird, who is proceeding *pro se* and shall be served with every filing in this case from henceforth.

3