FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JUN 24 PM 3:03

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7422; | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX8340; | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7449; | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX6909; | * | CV 316-020 |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX4334; | * | |
| | * | |
| FUNDS SEIZED FROM BANK OF EASTMAN ACCOUNT ENDING IN XX7548; | * | |
| | * | |
| FUNDS SEIZED FROM STATE BANK AND TRUST COMPANY ACCOUNT ENDING IN XXXX7036; | * | |
| | * | |
| FUNDS SEIZED FROM UNITED FIRST FEDERAL CREDIT UNION ACCOUNT ENDING IN XX7265; | * | |
| | * | |
| FUNDS SEIZED FROM T. ROWE PRICE ACCOUNT ENDING IN XXXX3286; | * | |

| | |
|---|---|
| FUNDS SEIZED FROM T. ROWE PRICE ACCOUNT ENDING IN XXXX5215; | * * * * |
| FUNDS SEIZED FROM ATHENS FIRST BANK AND TRUST ACCOUNT ENDING IN XXXX4344; | * * * * |
| FUNDS SEIZED FROM EMORY CAPITAL MANAGEMENT ACCOUNT ENDING IN XX2400; | * * * * |
| FUNDS SEIZED FROM EMORY CAPITAL MANAGEMENT ACCOUNT ENDING IN XX2401; | * * * * |
| REAL PROPERTY LOCATED AT 821 PLAZA AVENUE, EASTMAN, GEORGIA; | * * * |
| REAL PROPERTY LOCATED AT 3037 HIGHWAY 257, DUBLIN, GEORGIA; | * * * |
| REAL PROPERTY LOCATED AT 2772 CLAXTON DAIRY ROAD, DUBLIN, GEORGIA; | * * * * |
| REAL PROPERTY CONSISTING OF 62.3 ACRES IN DODGE COUNTY, GEORGIA; | * * * * |
| REAL PROPERTY CONSISTING OF 56.47 ACRES IN DODGE COUNTY, GEORGIA; | * * * * |
| FUNDS CONTAINED IN VANGUARD CHARITABLE ENDOWMENT PROGRAM ACCOUNT ENDING IN XX2970, | * * * * |
| Defendants. | * |

**O R D E R**

On April 7, 2016, the United States Attorney filed this *in rem* civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i).[1] (Doc. No. 1.) On September 24, 2018, the Court lifted a stay that had been entered in the case until resolution of the underlying criminal matter involving George Mack Bird. Prior thereto, on March 19, 2018, a third-party claimant, Ms. Lisa Bird, filed a Notice of Claim in this case. (Doc. No. 30.) One month later, Ms. Bird filed an Answer to the Amended Complaint. (Doc. No. 31.)

In the September 24, 2018 Order, the Court noted Ms. Bird's verified claim and answer, and more importantly, that Ms. Bird has asserted therein an interest in the captioned properties. (Doc. No. 33.) The Court announced that the resolution of any third-party claim, to include Ms. Bird, would be announced in a Final Order and Judgment after due process had been afforded to all interested parties. (Id. at 5.) Finally, the Court ordered that "no disposition of any of the captioned properties shall be made except upon further Order of the Court." (Id.)

The Court set an evidentiary hearing in the case for March 26, 2019, but upon a consent motion of the Government and Ms. Bird,

---

[1] The Government filed an Amended Complaint on April 18, 2016. (Doc. No. 8.)

the hearing was continued to allow for discovery. Discovery in the case closed on June 18, 2019.

On June 19, 2019, Ms. Bird filed "Motion for Contempt to Enforce a Court Order" wherein she complains that two captioned properties – "Funds Seized from T. Rowe Price Account Ending in XXXX5215" and "Funds Contained in Vanguard Charitable Endowment Program Account Ending in XX2970" – "are in the process of being returned to George Mack Bird." (Doc. No. 57, at 3.) With respect to the T. Rowe Price account, Ms. Bird contends that she has learned from the DEA Office of Chief Council, Asset Forfeiture Section, that a check "is scheduled to be paid out within the next two weeks." (Id. at 6.) She further contends that the United States Attorney's Office, a party to this litigation, has acquiesced to this disbursement. (Id. at 6-7.) Ms. Bird asks the Court to enjoin any release or transfer of the funds in these two accounts until further order of the Court. (Id. at 7.)

Upon consideration of Federal Rule of Civil Procedure 65 and in light of the Court's Order of September 24, 2018, **IT IS HEREBY ORDERED** that there shall be no disposition of any of the captioned properties, particularly the aforementioned T. Rowe Price Account and Vanguard Account, until further Order of the Court. **IT IS FURTHER ORDERED** that the United States Attorney's Office, the third-party claimant Ms. Bird, and Attorneys Jason M. Ferguson and Robert R. McLendon IV shall appear at a hearing before the Court

4

to address this matter at the J. Roy Rowland Federal Courthouse in Dublin, Georgia, on a date to be determined.

The Clerk of Court is directed to serve a copy of this Order upon the United States Attorney's Office, who in turn shall immediately notify the DEA Office of Chief Council, Asset Forfeiture Section. Also, the Clerk is directed to serve a copy of this Order upon Ms. Lisa Bird, Jason M. Ferguson, and Robert R. McLendon IV, as well as T. Rowe Price, 4515 Painters Mill Road, Owings Mills, MD 21117-4903 and Vanguard Capital c/o Matthew S. Miner, Esq., Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW, Washington, D.C. 20004-2541.

**ORDER ENTERED** at Augusta, Georgia this 24th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE