IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 OCT -5 P 3: 36

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7422; | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX8340; | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX7449; | * | |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX6909; | * | CV 316-020 |
| | * | |
| FUNDS SEIZED FROM FIDELITY INVESTMENTS ACCOUNT ENDING IN XXXX4334; | * | |
| | * | |
| FUNDS SEIZED FROM BANK OF EASTMAN ACCOUNT ENDING IN XX7548; | * | |
| | * | |
| FUNDS SEIZED FROM STATE BANK AND TRUST COMPANY ACCOUNT ENDING IN XXXX7036; | * | |
| | * | |
| FUNDS SEIZED FROM UNITED FIRST FEDERAL CREDIT UNION ACCOUNT ENDING IN XX7265; | * | |
| | * | |
| FUNDS SEIZED FROM T. ROWE PRICE ACCOUNT ENDING IN XXXX3286; | * | |

```
FUNDS SEIZED FROM ATHENS           *
FIRST BANK AND TRUST ACCOUNT       *
ENDING IN XXXX4344;                *
                                   *
FUNDS SEIZED FROM EMORY            *
CAPITAL MANAGEMENT ACCOUNT         *
ENDING IN XX2400;                  *
                                   *
FUNDS SEIZED FROM EMORY            *
CAPITAL MANAGEMENT ACCOUNT         *
ENDING IN XX2401;                  *
                                   *
REAL PROPERTY LOCATED AT 821       *
PLAZA AVENUE, EASTMAN, GEORGIA;    *
                                   *
REAL PROPERTY LOCATED AT 3037      *
HIGHWAY 257, DUBLIN, GEORGIA;      *
                                   *
REAL PROPERTY LOCATED AT 2772      *
CLAXTON DAIRY ROAD, DUBLIN,        *
GEORGIA;                           *
                                   *
REAL PROPERTY CONSISTING OF        *
62.3 ACRES IN DODGE COUNTY,        *
GEORGIA;                           *
                                   *
REAL PROPERTY CONSISTING OF        *
56.47 ACRES IN DODGE COUNTY,       *
GEORGIA;                           *
                                   *
        Defendants.                *
```

## O R D E R

On August 30, 2019, the United States of America filed a motion for summary judgment seeking forfeiture of the assets listed in the case caption. Claimant Lisa Bird filed a motion for an extension of time to respond to the motion for summary judgment, stating therein that the Court had granted "supplementary

production of documents" from the Government.  (Doc. No. 96, at 3.)  Notably, in the Court's estimation and as expressed in its Order of September 18, 2019, the Court had not granted "supplementary production" as to these assets.  (<u>See</u> Doc. No. 95.) Nevertheless, the Court granted the extension because Lisa Bird had been involved with challenges to two other counts.  (<u>See</u> Order of Sept. 20, 2019, Doc. No. 98.)

On October 3, 2019, Claimant Lisa Bird filed a motion for reconsideration as to the Court's stance that it had not reopened discovery in the case.  By Order of October 25, 2019, the Court granted the motion for reconsideration, allowing Lisa Bird to confer with the United States Attorney's Office about documents related to the listed assets.  (Doc. No. 103.)  The Court reiterated therein that her inquiries "must be more specific than a broad demand for documents related to the 'financial investigation' of George Bird."  (<u>Id.</u> at 7.)  In this same Order, the Court stayed the response deadline to the Government's motion for summary judgment until the matter of ownership of a segregated T. Rowe Price account was resolved.  (<u>Id.</u> at 8.)  That matter has now been resolved.  (<u>See generally</u> <u>In re: $823,561.62 on Deposit in the Registry of the Court</u>, Civil Action No. 320-002 (S.D. Ga. Jan. 6, 2020).)

The Court will now focus its attention upon the Government's motion for summary judgment, to which no response has been filed.

3

The Court hereby **ORDERS** Claimant Lisa Bird to notify the Court within ten (10) days hereof of her intent with respect to the remaining listed assets in this case. If she wishes to oppose forfeiture of any of the assets, she should specifically identify the asset(s) and state whether she has made any appropriate requests, whether formally or informally, for supplemental discovery upon the Government in relation thereto.

**ORDER ENTERED** at Augusta, Georgia this _5th_ day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE