```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF GEORGIA
                       DUBLIN DIVISION

UNITED STATES OF AMERICA,         *
                                  *
     Plaintiff,                   *
                                  *
     v.                           *
                                  *
FUNDS SEIZED FROM FIDELITY        *
INVESTMENTS ACCOUNT ENDING        *
IN XXXX7422;                      *
                                  *
FUNDS SEIZED FROM FIDELITY        *
INVESTMENTS ACCOUNT ENDING        *
IN XXXX8340;                      *
                                  *
FUNDS SEIZED FROM FIDELITY        *
INVESTMENTS ACCOUNT ENDING        *
IN XXXX7449;                      *
                                  *
FUNDS SEIZED FROM FIDELITY        *         CV 316-020
INVESTMENTS ACCOUNT ENDING        *
IN XXXX6909;                      *
                                  *
FUNDS SEIZED FROM FIDELITY        *
INVESTMENTS ACCOUNT ENDING        *
IN XXXX4334;                      *
                                  *
FUNDS SEIZED FROM BANK OF         *
EASTMAN ACCOUNT ENDING            *
IN XX7548;                        *
                                  *
FUNDS SEIZED FROM STATE BANK      *
AND TRUST COMPANY ACCOUNT         *
ENDING IN XXXX7036;               *
                                  *
FUNDS SEIZED FROM UNITED          *
FIRST FEDERAL CREDIT UNION        *
ACCOUNT ENDING IN XX7265;         *
                                  *
FUNDS SEIZED FROM T. ROWE         *
PRICE ACCOUNT ENDING              *
IN XXXX3286;                      *
                                  *
FUNDS SEIZED FROM ATHENS          *
FIRST BANK AND TRUST ACCOUNT      *
ENDING IN XXXX4344;               *
```

```
FUNDS SEIZED FROM EMORY          *
CAPITAL MANAGEMENT ACCOUNT       *
ENDING IN XX2400;                *
                                 *
FUNDS SEIZED FROM EMORY          *
CAPITAL MANAGEMENT ACCOUNT       *
ENDING IN XX2401;                *
                                 *
REAL PROPERTY LOCATED AT 821     *
PLAZA AVENUE, EASTMAN, GEORGIA;  *
                                 *
REAL PROPERTY LOCATED AT 3037    *
HIGHWAY 257, DUBLIN, GEORGIA;    *
                                 *
REAL PROPERTY LOCATED AT 2772    *
CLAXTON DAIRY ROAD, DUBLIN,      *
GEORGIA;                         *
                                 *
REAL PROPERTY CONSISTING OF      *
62.3 ACRES IN DODGE COUNTY,      *
GEORGIA;                         *
                                 *
REAL PROPERTY CONSISTING OF      *
56.47 ACRES IN DODGE COUNTY,     *
GEORGIA;                         *
                                 *
      Defendants.                *
```

## O R D E R

On August 30, 2019, the United States of America filed a motion for summary judgment seeking forfeiture of the assets listed in the case caption. By Order of October 25, 2019, the deadline to respond to the motion was stayed "to allow the Court and the third-party claimants . . . to focus their efforts on determining the ownership of the T. Rowe Price Account." (Doc. No. 103, at 8.) That matter has now been resolved.

On October 5, 2020, Claimant Lisa Bird was instructed to notify the Court of her intent to pursue the remaining assets listed in the case caption. She has now filed a response, broadly indicating that she opposes forfeiture of all remaining assets. Therein, Claimant Lisa Bird also requests additional time to pose more specific discovery requests to the Government. While the Court expected that Claimant Lisa Bird would have already posed her inquiries in the year she has had to do so, it is perhaps understandable that she has not because of the deadline stay and focus upon the T. Rowe Price account. Nevertheless, she should now be ready to move this case forward without further delay.

Upon the foregoing, Claimant Lisa Bird shall have seven (7) days from the date of this Order to pose any detailed and appropriate inquiry related to a specific asset to Assistant United States Attorney Cunningham. The Government shall have seven (7) days thereafter to respond or to notify Claimant Lisa Bird of its basis for any non-response.

Claimant Lisa Bird's response to the Government's motion for summary judgment must be filed no later than December 10, 2020.

**ORDER ENTERED** at Augusta, Georgia this ___13th___ day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE