FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 FEB -2 A 9: 21

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Appellee, | ) |
| vs. | ) Case No. CV316-020 |
| LAURENS COUNTY, GEORGIA, et al., | ) |
| Defendants, | ) |
| LISA BIRD, | ) |
| Interested Party-Appellant. | ) |

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this ___2nd___ day of February, 2022.

_____
DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA